IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant/Counterclaimant,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSUANCE CO. OF OHIO and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs/Counterclaim Defendants. | No. C 1:06-cv-00110<br><br>PLAINTIFFS' ANSWER TO LINCOLN NATIONAL'S AMENDED COUNTERCLAIM<br><br><u>JURY TRIAL DEMANDED</u> |

Transamerica Life Insurance Company ("TLIC"), Western Reserve Life Assurance Co. of Ohio ("WRL") and Transmerica Financial Life Insurance Company ("TFLIC"), Plaintiffs/Counteclaim Defendants for Answer to the Amended Counterclaim filed by Lincoln National Life Insurance Company ("Lincoln") state as follows:

## THE PARTIES, JURISDICTION AND VENUE

1. Plaintiffs admit the allegations of paragraph 1.

2. Plaintiffs admit the allegations of paragraph 2.

3. Plaintiffs admit the allegations of paragraph 3.

4. Plaintiffs admit the allegations of paragraph 4.

5. Plaintiffs admit the allegations of paragraph 5.

6. Plaintiffs admit that they are sister corporations. TFLIC admits that it is a subsidiary corporation of AEGON USA, Inc.. TLIC states it is indirectly related to AEGON USA, Inc. WRL admits that it is a subsidiary of AEGON USA, Inc. All Plaintiffs admit that AEGON USA, Inc. is indirectly related to AEGON N.V. All Plaintiffs deny the other allegations of paragraph 6.

7. Plaintiffs admit the statements made in response to paragraph 6 above, and deny all other allegations of paragraph 7.

8. Plaintiffs admit the allegations of paragraph 8.

9. Plaintiffs admit the allegations of paragraph 9.

## COUNT I – PATENT INFRINGEMENT FOR THE '201 PATENT

10. Plaintiffs incorporate by reference those responses made to paragraphs 1 through 9 above as if fully set forth in this paragraph in response to paragraph 10 of Lincoln's counterclaim.

11. Plaintiffs admit the allegations relating to the title of the '201 patent and its issuance by the United States Patent and Trademark Office on or about August 8, 2006. Plaintiffs deny all other allegations of paragraph 11.

12. Plaintiffs admit the allegations of paragraph 12.

13. Plaintiffs deny the allegations of paragraph 13.

14. Plaintiffs admit that this counterclaim alleges infringement of the '201 patent. Plaintiffs deny all other allegations of paragraph 14.

15. Plaintiffs admit that counsel for Lincoln provided some information related to Patent Application No. 09/406,209 to the undersigned as counsel for TFLIC. Plaintiffs deny all other allegations of paragraph 15.

16. Plaintiffs admit that by letter dated July 28, 2006, counsel for Lincoln advised the undersigned as counsel for TFLIC that Patent Application No. 09/406,209 was subject to an "Issue Notification" from the United States Patent and Trademark Office and, further, that said patent would issue on August 8, 2006. Plaintiffs deny all other allegations of paragraph 16.

17. Plaintiffs deny the allegations of paragraph 17.

18. Plaintiffs deny the allegations of paragraph 18.

19. Plaintiffs deny the allegations of paragraph 19.

WHEREFORE, Transamerica Life Insurance Company, Western Reserve Life Assurance Co. of Ohio and Transamerica Financial Life Insurance Company, Plaintiffs, herein pray the Court enter an Order denying the relief requested by Lincoln in subparagraphs (a) through (f).

## JURY DEMAND

Transamerica Life Insurance Company, Western Reserve Life Assurance Co. of Ohio and Transamerica Financial Life Insurance Company, Plaintiffs, pursuant to FRCP 38 hereby demand trial by jury on all issues triable by right of jury as raised by Lincoln's counterclaim.

Respectfully submitted,

___/s/ Glenn Johnson_____
GLENN JOHNSON     AT0003856
KEVIN COLLINS         AT0001671
SARAH J. GAYER       AT0002757
             for
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 Firstar Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:          (319) 365-8443

glj@shuttleworthlaw.com

ATTORNEYS FOR TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. of OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, PLAINTIFFS

Copy to:

D. Randall Brown, Esq.
Gary C. Furst, Esq.
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN 46802-3119

Denny M. Dennis, Esq.
Todd A. Strother, Esq.
BRADSHAW, FOWLER, PROCTOR
       & FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-5848

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on __December 6, 2007__ by:

[X] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

   /s/    Kathryn J. Ibsen_____