**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | No. C 06-110-MWB<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR STAY OR CONTINUANCE** |

_____

This matter came on for hearing this morning on the plaintiffs' August 11, 2008, Motion For Stay Or, In The Alternative, Motion For Continuance (docket no. 73). For essentially the reasons stated in the defendant's resistance to that motion, the motion will be denied. As the court indicated at the hearing, however, the court's schedule does require rescheduling the trial in this matter somewhat earlier than it is currently scheduled.

THEREFORE, the plaintiffs' August 11, 2008, Motion For Stay Or, In The Alternative, Motion For Continuance (docket no. 73) is **denied**. Trial in this matter will be reset, however, by separate order, to accommodate the court's busy trial schedule.

**IT IS SO ORDERED.**

**DATED** this 28th day of August, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA