# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY, | |
| Plaintiffs, | No. C 06-110-MWB |
| vs. | **ORDER** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

_____

This matter comes before the court pursuant to plaintiff Transamerica's September 2, 2008, Motion To File Overlength Brief In Support Of Motion For Summary Judgment Of Non-Infringement, Summary Judgment On Lincoln's Compensatory Damages Claim, And Summary Judgment Of Invalidity (docket no. 84). Transamerica asserts that the overlength brief, some 83 pages long, is necessary to explain the complex facts and applicable law. Transamerica represents that Lincoln has been consulted, but does not consent to the overlength brief. Notwithstanding Lincoln's lack of consent, the court finds good cause for the overlength brief in question.

THEREFORE, plaintiff Transamerica's September 2, 2008, Motion To File Overlength Brief In Support Of Motion For Summary Judgment Of Non-Infringement,

Summary Judgment On Lincoln's Compensatory Damages Claim, And Summary Judgment Of Invalidity (docket no. 84) is **granted**.

**IT IS SO ORDERED.**

**DATED** this 3rd day of September, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2

Case 1:06-cv-00110-MWB   Document 85   Filed 09/03/08   Page 2 of 2