# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>Plaintiffs/<br>Counterclaim Defendants,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant/Counterclaim Plaintiff. | CASE NO.: 1:06-CV-00110-MWB<br><br>**LINCOLN'S MOTION TO EXCLUDE DAVID R. CLEVELAND'S OPINIONS FOR SUMMARY JUDGMENT PURPOSES AND MOTION IN LIMINE NO. 1 TO EXCLUDE CLEVELAND FROM TESTIFYING** |

Pursuant to Federal Rule of Civil Procedure 56, Federal Rule of Evidence 702, and the Daubert analysis, Lincoln National Life Insurance Company ("Lincoln") files this Motion to exclude David R. Cleveland's opinions for summary judgment purposes and to preclude him from testifying at trial. In support of this Motion, Lincoln states as follows:

1. Transamerica has designated Cleveland to opine regarding its written description defense under 35 U.S.C. §112, ¶1 and new matter defense under 35 U.S.C. §132(a) and has tendered Cleveland's report with its summary judgment. (*APP 1652-1676* and *APP 1918-1942*).

2. The Court should exclude Cleveland from testifying at trial and disregard Cleveland's opinions on summary judgment because he does not satisfy the mandatory requirements under Federal Rule 702 and did not consider Transamerica's defenses from the perspective of one of ordinary skill in the art.

3. Cleveland's report does not address who is a person of ordinary skill in the art, but yet he opines that one of ordinary skill in the art would determine the '201 patent application do not support certain claim limitations.

4. Not only are Cleveland's opinions conclusory, but the opinions are also uninformed. Cleveland has no relevant skill, training, experience, or education pertaining to the subject matter of the '201 Patent. Because Transamerica cannot meet its burden and show that Cleveland's satisfies Rule 702, the Court should act as the gatekeeper and preclude Cleveland from testifying at trial.

5. For these same reasons, the Court should also disregard Cleveland's report and his opinions for summary judgment purposes. *See Schuller v. Great-West Life & Annuity Ins. Co.*, 2005 U.S. Dist. LEXIS 37264, at *18 (W.D. Iowa 2005) (reasoning at the summary judgment stage that: "The affidavit of an 'expert' may also be stricken if the individual does not meet the standards of [Rule 702] and *Daubert* . . . . ").

In support of this Motion, Lincoln is relying upon the following materials:

(a) A supporting brief that is being contemporaneously filed with this Motion as an electronic attachment with the same docket number under Local Rule 7(d); and

(b) Materials cited in Lincoln's supporting brief. All cited materials either accompanied Transamerica's summary judgment motion and are cited as "*APP*" or accompany Lincoln's summary judgment appendix and are cited as "*LinApp*". Lincoln's summary judgment appendix is being contemporaneously filed with this Motion.

For the reasons stated in this Motion and in Lincoln's accompanying brief, Lincoln respectfully requests that:

(1) Disregard and exclude Cleveland's opinions and his accompanying report (*APP 1652-1676* and *APP 1918-1942*) when considering Transamerica's summary judgment motion; and

-3-

(2) Preclude Cleveland from testifying at trial regarding Transamerica's written description defense under 35 U.S.C. §112, ¶1 and new matter defense under 35 U.S.C. §132(a).

                Respectfully submitted,

                *s/ D. Randall Brown*
                D. Randall Brown (IN #15127-49)
                (randy.brown@btlaw.com)
                Gary C. Furst (IN #19349-64)
                (gary.furst@btlaw.com)
                BARNES & THORNBURG LLP
                600 One Summit Square
                Fort Wayne, IN  46802
                Telephone:  (260) 423-9440
                Facsimile:  (260) 424-8316
                *PRO HAC VICE*

                Denny M. Dennis
                Todd A. Strother
                BRADSHAW, FOWLER, PROCTOR &
                 FAIRGRAVE, P.C.
                Suite 3700
                801 Grand Avenue
                Des Moines, Iowa  50309-8004

                ATTORNEYS FOR LINCOLN
                NATIONAL LIFE INSURANCE
                COMPANY

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document has been served this 26th day of September, 2008, via the Court's ECF system to the following counsel of record:

>Glenn Johnson, Esquire
>Sarah J. Gayer, Esquire
>Kevin H. Collins, Esquire
>SHUTTLEWORTH & INGERSOLL, P.L.C.
>500 U.S. Bank Building,
>P.O. Box 2107
>Cedar Rapids, IA  52406

>*s/ D. Randall Brown*
>  D. Randall Brown

FWDS01 GCF 234922v1