**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>         Plaintiffs,<br><br>   vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>         Defendant.<br>_____<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>         Defendant/Counterclaimant,<br><br><br><br>   vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,<br><br>         Plaintiffs/Counterclaim Defendants. | CASE NO.:  1:06-CV-00110-MWB<br><br><br><br>**LINCOLN'S MOTION TO STRIKE AND EXCLUDE AFFIDAVITS OF A. SCOTT LOGAN AND RONALD A. ZIEGLER AND RELATED SUMMARY JUDGMENT MATERIALS** |

| | |
|---|---|
| D. Randall Brown (IN #15127-49), PHV<br>(randy.brown@btlaw.com)<br>Gary C. Furst (IN #19349-64), PHV<br>(gary.furst@btlaw.com)<br>Carrie Marie Raver (IN# 25257-49), PHV<br>(carrie.raver@btlaw.com)<br>BARNES & THORNBURG LLP<br>600 One Summit Square<br>Fort Wayne, IN  46802<br>Telephone:  (260) 423-9440<br>Facsimile:  (260) 424-8316 | Denny M. Dennis<br>Todd A. Strother<br>BRADSHAW, FOWLER, PROCTOR &<br>   FAIRGRAVE, P.C.<br>Suite 3700<br>801 Grand Avenue<br>Des Moines, Iowa  50309-8004<br><br>ATTORNEYS FOR LINCOLN NATIONAL LIFE INSURANCE COMPANY |

Lincoln National Life Insurance Company files this Motion to strike and exclude the Affidavits of A. Scott Logan (*APP 1972-77* (Ex. RR)) ("Logan Affidavit") and Ronald L. Ziegler (*APP 206-17*) ("Ziegler Affidavit") and unauthenticated exhibits (*APP 256-387, 578-669, 1313-1495*) (Exhibits Q, S, T, Z and AA)).  The Court should strike and exclude the Logan Affidavit, the Ziegler Affidavit and the unauthenticated exhibits when the Court considers Transamerica's Motion for Summary Judgment.  The Affidavits and unauthenticated exhibits fail to comply with Federal Rule of Civil Procedure 56(e), are untimely, exceed the scope of Logan's initial expert report, exceed the scope of information provided regarding Ziegler's testimony by the discovery deadline, fail to cite the Court's claim construction, contain conclusory statements and improper legal conclusions and/or are unauthenticated.

For these reasons and the reasons in Lincoln's contemporaneously-filed, supporting brief, Lincoln respectfully requests that the Court strike and disregard the Logan Affidavit, the Ziegler Affidavit and unauthenticated exhibits.

Respectfully submitted,

*s/ Carrie Marie Raver*
D. Randall Brown (IN #15127-49), PHV
(randy.brown@btlaw.com)
Gary C. Furst (IN #19349-64), PHV
(gary.furst@btlaw.com)
Carrie Marie Raver (IN #25257-49), PHV
(carrie.raver@btlaw.com)
BARNES & THORNBURG LLP
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  (260) 423-9440
Facsimile:  (260) 424-8316

ATTORNEYS FOR LINCOLN

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2008, she electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Glenn Johnson, Esquire
>Kevin H. Collins, Esquire
>Sarah J. Gayer, Esquire
>SHUTTLEWORTH & INGERSOLL, P.L.C.
>500 U.S. Bank Building
>Post Office Box 2107
>Cedar Rapids, IA  52406

>*s/ Carrie Marie Raver*
>Carrie Marie Raver