IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO OF OHIO & TRANAMERICA FINANCIAL LIFE INSURANCE COMPANY, <br><br> Defendants. | C06-110 MWB <br><br><br> FINAL <br> JUDGMENT IN A CIVIL CASE |

JURY VERDICT AND DECISION OF THE COURT - This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT plaintiff Lincoln National Life Insurance Company, recover $13,098,349.00 (thirteen million, ninety-eight thousand, three hundred forty-nine dollars) from defendants Transamerica Life Insurance Company, Western Reserve Life Assurance Company of Ohio, and Transamerica Financial Life Insurance Company, with prejudgment interest at the prime rate, compounded annually, to accrue until the entry of this judgment, and postjudgment interest at the legal rate pursuant to 28 U.S.C. § 961 to accrue from the date of entry of this judgment.

DATED: 6/19/09

APPROVED BY:

_____
MARK W BENNETT, UNITED STATES
DISTRICT COURT JUDGE

Robert L Phelps
Clerk of Court

S/src
(By) Deputy Clerk